# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129256

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARVEL DANIEL,
      Defendant-Appellant.

SC: 129256
COA: 255727
Wayne CC: 03-013975-01

_____/

By order of December 28, 2005, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Robinson* (Docket No. 126379). On order of the Court, the case having been decided on May 31, 2006, 475 Mich 1 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006

_____
Clerk

d0927